# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULETTE KREMMEL, Individually and on behalf of all others similarly situated in Illinois,<br><br>Plaintiffs,<br>v.<br><br>FAIRLIFE, LLC<br><br>Defendants. | Case No.: _____<br><br>[Removed from the Circuit Court for the 20th Judicial Circuit, St. Clair County, Illinois, Civil Action No. 2016-L-87] |

## NOTICE OF REMOVAL

Defendant, FAIRLIFE, LLC ("**fairlife**"), removes the above-captioned action from the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, to this Court, under 18 U.S.C. §§ 1332(d), 1441, 1446, & 1453(b), on the following grounds:

1. On March 1, 2016, fairlife was served with the Complaint in this action. There are no other defendants. A copy of the Complaint is attached as **Exhibit 1**.

2. This Notice of Removal has been filed within 30 days of the date of service on fairlife.

3. Fairlife was formed in Delaware and its principal place of business is in Illinois. Pursuant to 28 U.S.C. § 1332(d)(10), the citizenship of a limited liability company is determined with reference to its state of formation and principal place of business.

4. Plaintiffs' Complaint alleges that she is a resident of St. Clair County, Illinois. (Complaint, ¶ 6.)

5.  The Complaint alleges that fairlife engages in deceptive, unfair, and false advertising practices regarding its Core Power brand High Protein Milk Shake (the "Product") and seeks certification of a class defined as follows (with certain exclusions):

> All persons in Illinois who purchased Core Power brand High Protein Milk Shakes for personal, household, or family purposes in the five years preceding the filing of this Petition (the "Class Period"). (*Id.*, ¶¶ 22-23.)

6.  According to fairlife's records, hundreds of thousands of cases of the Product were sold to Illinois distributors during the relevant time period. Thus it is certain that the class includes more than 100 individual consumers.

7.  According to fairlife's records, more than $5,000,000 worth of the Product was sold to Illinois distributors during the relevant time period. Plaintiffs seek, among other relief, restitution of these amounts. (*Id.*, ¶¶ 44-47, Prayer for Relief (c).) Thus, the amount in controversy exceeds $5,000,000, exclusive of interests and costs.

8.  The Complaint does not define or allege the citizenship of the members of the proposed class. On information and belief, many class members are citizens of states other than Illinois or Delaware. In particular, given that the class is "all persons in Illinois" who purchased the Product, and the extended time frame and likely number of purchases involved, it is certain that at least one member of the proposed class is currently a citizen of a state other than Illinois or Delaware.

9.  Because (i) the amount in controversy exceeds $5,000,000, exclusive of interest and costs, (ii) the class consists of more than 100 plaintiffs, and (iii) there is minimal diversity among the parties, this Court has jurisdiction under 28 U.S.C. § 1332(d)(2).

10. Removal is proper under 28 U.S.C. § 1453(b).

11. Attached as **Exhibit 2** are copies of all process, pleadings and other documents served to date in this action.

12. A copy of this Notice of Removal is being contemporaneously filed with the Circuit Court of St. Clair County, instructing that no further proceedings shall be had unless and until such time as this matter may be remanded from this Court.

13. Fairlife disputes the merits of Plaintiffs' claims and submits the information in this Notice solely for determination of the amount in controversy. No admission of fact, allegation, claim, or wrongdoing is intended by this Notice of Removal, and fairlife expressly reserves all defenses and motions otherwise available to it.

14. Fairlife expressly reserves the right to submit additional evidence in support of the Notice of Removal, including as may be necessary to address and refute any contentions set forth in a motion to remand.

fairlife, LLC, Defendant

BY: _____
HEYL, ROYSTER, VOELKER & ALLEN
Douglas R. Heise, ARD No. 01695244
Patrick D. Cloud, ARD No. 6282672

HEYL, ROYSTER, VOELKER & ALLEN
Suite 100
Mark Twain Plaza III
105 West Vandalia Street
P.O. Box 467
Edwardsville, Illinois 62025
Telephone: 618.656.4646
Facsimile: 618.656.7940
edwecf@heylroyster.com

35330-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the parties of record to the above cause by enclosing same in an envelope addressed to such party at their address as disclosed by the pleadings of record herein, with postage fully prepaid, and depositing said envelopes in a U.S. Post Office Box in Edwardsville, Illinois on this **30th** day of **March, 2016**.

/s/ Douglas R. Heise

**Copies to:**

Matthew Armstrong
Armstrong Law Firm
8816 Manchester Road, No. 109
St. Louis, MO 63144
matt@mattarmstronglaw.com

and
David Nelson
Nelson & Nelson
420 North High Street
Belleville, IL 62220
dnelson@nelsonlawpc.com

and
Stuart Cochran
Cochran Law PLLC
12720 Hillcrest Rd., Suite 1045
Dallas, TX 75230
scochran@scochranlaw.com
**Attorneys for Plaintiffs**

DRH/lmk
29913908v1